UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Brian Keith Edwards,

                Petitioner,

vs.                                          ORDER

Joan Fabian,

                Respondent.    Civ. No. 07-3138 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Petition for a Writ of Habeas Corpus [Docket No. 1] is dismissed with prejudice.

                                                  BY THE COURT:

DATED: April 15, 2008                        s/ Joan N. Ericksen
                                                      Judge Joan N. Ericksen
                                                      United States District Court